# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § 

§ 

JOHNSON, DAVID L § Case No. 07-17200

§ 

Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement

Administrative expenses

Bank service fees

Other payments to creditors

Non-estate funds paid to 3rd Parties

Exemptions paid to the debtor

Other payments to the debtor

Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

**Exhibit A**

| | |
|---|---|
| Case No: | 07-17200   CAS   Judge: DONALD R. CASSLING |
| Case Name: | JOHNSON, DAVID L |
| For Period Ending: | 02/24/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 09/21/07 (f) |
| 341(a) Meeting Date: | 10/30/07 |
| Claims Bar Date: | 04/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT CRAWFORD COUNTY, WISCONSIN. | 54,000.00 | 40,000.00 | | 45,000.00 | FA |
| 2. CHECKING ACCOUNT WITH TCF. | 3.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. SAVINGS ACCOUNT WITH TCF. | 15.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. MISCELLANEOUS USED HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. DIECAST COLLECTIBLE CARS & CDS. | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. USED PERSONAL CLOTHING. | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. MISCELLANEOUS JEWELRY. | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. LOCAL UNION - TERM LIFE INSURANCE - NO CASH SURREN | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. IRA THROUGH THE UNION. | 36,102.91 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 1999 FORD F 350, 220,000 MILES | 2,510.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 01 INFINITY I 30, 90,000 MILES | 6,325.00 | 0.00 | | 0.00 | FA |
| 12. 12 FOOT ROW BOAT | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 19.31 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $101,155.91 | $40,000.00 | | $45,019.31 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 07-17200 | CAS | Judge: DONALD R. CASSLING |
| Case Name: | JOHNSON, DAVID L | | |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 09/21/07 (f) |
| 341(a) Meeting Date: | 10/30/07 |
| Claims Bar Date: | 04/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09          Current Projected Date of Final Report (TFR): 11/30/12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-17200  -CAS | |
| Case Name: | JOHNSON, DAVID L | |
| Taxpayer ID No: | *******3351 | |
| For Period Ending: | 02/24/14 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1145  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 20,070.52 | | 20,070.52 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 17.96 | 20,052.56 |
| 08/14/13 | 010002 | David Johnson | debtor's exemption | 8100-000 | | 5,000.00 | 15,052.56 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 20,070.52 | 5,017.96 | 15,052.56 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 20,070.52 | 0.00 | |
| | | | Subtotal | 0.00 | 5,017.96 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 5,000.00 | |
| | | | Net | 0.00 | 17.96 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 07-17200 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, DAVID L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7679  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3351 | | |
| For Period Ending: | 02/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/08 | 1 | The Title Company Inc. | proceeds of sale of Crawford Cty la | | 40,381.00 | | 40,381.00 |
| | | 1304 S. Marquette Rd | | | | | |
| | | Prairie du Chien WI 53821 | | | | | |
| | | | Memo Amount:        45,000.00 | 1110-000 | | | |
| | | | The Title Company | | | | |
| | | REALTY, GREN GATE | Memo Amount:      (    1,890.00 ) | 3510-000 | | | |
| | | | Real estate commission | | | | |
| | | BANKER, COLDWELL | Memo Amount:      (    1,260.00 ) | 3510-000 | | | |
| | | | real estate commission | | | | |
| | | AUTHORITY, TAXING | Memo Amount:      (      804.75 ) | 2500-000 | | | |
| | | | City town Taxes | | | | |
| | | LEGAL, GULL | Memo Amount:      (       75.00 ) | 2500-000 | | | |
| | | | document preparation | | | | |
| | | THE TITLE COMPANY | Memo Amount:      (      589.25 ) | 2500-000 | | | |
| | | | misc. closing costs | | | | |
| 10/27/08 | 000101 | Fed Ex | send closing docs to Title Co in WI | 2990-000 | | 19.56 | 40,361.44 |
| 10/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.32 | | 40,362.76 |
| 11/04/08 | 000102 | Lorrie Johnson | Half of net proceeds of house sale | 8500-002 | | 20,180.72 | 20,182.04 |
| 11/28/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.15 | | 20,184.19 |
| 12/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.02 | | 20,185.21 |
| 01/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,185.38 |
| 02/06/09 | 000103 | International Sureties Ltd | trustee bond | 2300-000 | | 21.83 | 20,163.55 |
| 02/27/09 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 20,163.70 |
| 03/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,163.88 |
| 04/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 20,164.32 |
| 05/29/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,164.83 |
| 06/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,165.33 |
| 07/31/09 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 20,165.84 |
| | | | Page Subtotals | | 40,387.95 | 20,222.11 | |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-17200 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | JOHNSON, DAVID L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7679  Money Market - Interest Bearing |
| Taxpayer ID No: | *******3351 | | | |
| For Period Ending: | 02/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,166.35 |
| 09/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,166.85 |
| 10/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,167.36 |
| 11/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,167.86 |
| 12/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,168.37 |
| 01/29/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,168.88 |
| 02/26/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 20,169.34 |
| 03/06/10 | 000104 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | 2300-000 | | 17.12 | 20,152.22 |
| 03/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,152.74 |
| 04/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,153.24 |
| 05/28/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,153.74 |
| 06/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,154.25 |
| 07/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,154.76 |
| 08/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,155.28 |
| 09/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,155.78 |
| 10/29/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,156.29 |
| 11/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,156.79 |
| 12/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,157.30 |
| 01/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,157.81 |
| 02/19/11 | 000105 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 15.33 | 20,142.48 |
| 02/28/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 20,142.63 |
| 03/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,142.80 |
| 04/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,142.96 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,143.14 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,143.31 |

Page Subtotals          9.92          32.45

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-17200  -CAS |
| Case Name: | JOHNSON, DAVID L |
| Taxpayer ID No: | *******3351 |
| For Period Ending: | 02/24/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7679  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,143.48 |
| 08/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,143.65 |
| 09/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,143.82 |
| 10/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,143.99 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.66 | 20,118.33 |
| 11/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,118.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.80 | 20,093.70 |
| 12/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,093.87 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.77 | 20,069.10 |
| 01/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,069.28 |
| 02/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,069.44 |
| 03/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,069.60 |
| 04/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,069.77 |
| 05/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,069.94 |
| 06/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,070.10 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,070.28 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,070.45 |
| 09/14/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 20,070.52 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,070.52 | 0.00 |

Page Subtotals   2.44   20,145.75

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:    07-17200  -CAS
Case Name:  JOHNSON, DAVID L

Taxpayer ID No:  *******3351
For Period Ending:  02/24/14

Trustee Name:    BRENDA PORTER HELMS, TRUSTEE
Bank Name:       BANK OF AMERICA, N.A.
Account Number / CD #:   *******7679  Money Market - Interest Bearing

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 45,000.00 | COLUMN TOTALS | 40,400.31 | 40,400.31 | 0.00 |
| Memo Allocation Disbursements: | 4,619.00 | Less:  Bank Transfers/CD's | 0.00 | 20,070.52 | |
| | | Subtotal | 40,400.31 | 20,329.79 | |
| Memo Allocation Net: | 40,381.00 | Less:  Payments to Debtors | | 20,180.72 | |
| | | Net | 40,400.31 | 149.07 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 45,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 4,619.00 | Checking - Non Interest - *******1145 | 0.00 | 17.96 | 15,052.56 |
| | | Money Market - Interest Bearing - *******7679 | 40,400.31 | 149.07 | 0.00 |
| Total Memo Allocation Net: | 40,381.00 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 40,400.31 | 167.03 | 15,052.56 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 02/24/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals                     0.00                    0.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

LFORM24

Ver: 17.05

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-17200
Case Name: JOHNSON, DAVID L
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Springer Brown Covey Gaertner & Davis | $ | $ | $ |
| Charges: Cler, United States Bankruptcy Court | $ | $ | $ |
| Other: International Sureties Ltd | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Capital Recovery One | $ | $ | $ |
| 000002 | Discover Bank/DFS Services LLC | $ | $ | $ |
| 000003 | Personal Finance Co | $ | $ | $ |
| 000004 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000005 | Household Finance Corporation Beneficial | $ | $ | $ |
| 000006 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 000007 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE