UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
JOHNSON, DAVID L § Case No. 07-17200
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK  OF THE COURT
        219 s. DEARBORN STREET
        CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/28/2014 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/24/2014         By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
JOHNSON, DAVID L § Case No. 07-17200
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,019.31 |
| and approved disbursements of | $ | 29,966.75 |
| leaving a balance on hand of[1] | $ | 15,052.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,733.73 | $ 0.00 | $ 2,733.73 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 14.70 | $ 0.00 | $ 14.70 |
| Attorney for Trustee Fees: Springer Brown Covey Gaertner & Davis | $ 2,695.00 | $ 0.00 | $ 2,695.00 |
| Charges: Cler, United States Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: International Sureties Ltd | $ 17.96 | $ 17.96 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,693.43 |
| Remaining Balance | | $ | 9,359.13 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,222.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery One | $ 2,544.77 | $ 0.00 | $ 944.27 |
| 000002 | Discover Bank/DFS Services LLC | $ 3,492.98 | $ 0.00 | $ 1,296.12 |
| 000003 | Personal Finance Co | $ 2,431.11 | $ 0.00 | $ 902.10 |
| 000004 | eCAST Settlement Corporation assignee of | $ 824.16 | $ 0.00 | $ 305.82 |
| 000005 | Household Finance Corporation Beneficial | $ 13,594.29 | $ 0.00 | $ 5,044.35 |
| 000006 | LVNV Funding LLC its successors and assigns as | $ 1,523.78 | $ 0.00 | $ 565.42 |
| 000007 | LVNV Funding LLC its successors and assigns as | $ 811.31 | $ 0.00 | $ 301.05 |

Total to be paid to timely general unsecured creditors         $         9,359.13

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 07-17200-DRC
David L Johnson                                               Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0752-1         User: acox               Page 1 of 2              Date Rcvd: Feb 25, 2014
                             Form ID: pdf006          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2014.
db         +David L Johnson,    5336 Blodgett,    Downers Grove, IL 60515-5028
11623043   +Capital 1 Bk,   11013 W Broad St,    Glen Allen, VA 23060-6017
11623044   +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
11623045    Citibank Usa,   Po Box 6003,   Hagerstown, MD 21747
11623048   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12093089    Household Finance Corporation Beneficial,     by eCAST Settlement Corporation,    as its agent,
             POB 35480,   Newark NJ 07193-5480
11623050   +Hsbc Nv,   Po Box 19360,   Portland, OR 97280-0360
11623051   +Hsbc/bstby,   Pob 15521,   Wilmington, DE 19850-5521
11623052    Hsbc/handy,   Po Box 15524,   Wilmington, DE 19850
11623053   +Hsbc/mnrds,   90 Christiana Rd,   New Castle, DE 19720-3118
11623041   +Michael K. Bane,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,   Chicago, IL 60654-6392
11623055    Ntb/cbsd,   Po Box 6003,   Hagerstown, MD 21747
11623056   +Personal Finance Co,    17507 South Kedzie,    Hazel Crest, IL 60429-2007
11623057   +Salute/utb,   Po Box 10555,   Atlanta, GA 30310-0555
11623058   +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
11623059   +Service Merchandise,    Po Box 2974,   Shawnee Mission, KS 66201-1374
11623060   +Sst/columbus Bank&trus,    Po Box 84024,    Columbus, GA 31908-4024
11623061   +Wf Fin Bank,   3201 North 4th Ave,    Sioux Falls, SD 57104-0700
11623062   +Wf Fin Bank,   Po Box 5943,   Sioux Falls, SD 57117-5943
11623063   +Wffinance,   2501 Seaport Dr Ste Bh30,    Chester, PA 19013-2249
11623064   +Wffinancial,    850 E Diehl Rd No,   Naperville, IL 60563-9386
12084159    eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
             Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12585764   +E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2014 01:26:35     Capital Recovery One,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11623046   +E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 26 2014 01:20:31     Conseco,   1400 Turbine Drive,
             Rapid City, SD 57703-4719
11623047    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2014 01:26:16     Discover Fin,   Pob 15316,
             Wilmington, DE 19850
11891762    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2014 01:26:16
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11623049   +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2014 01:25:27     Gemb/walmart,   Po Box 981400,
             El Paso, TX 79998-1400
12102654    E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2014 01:27:31
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11623054    E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2014 01:26:56     Lowes/mbga,   Po Box 103065,
             Roswell, GA 30076
12585765    E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2014 01:25:38
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11877337   +E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2014 01:26:37
             Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown Covey Gaertner & Davis LLC
11623040*    +David L Johnson,    5336 Blodgett,    Downers Grove, IL 60515-5028
11623042    ##+Beneficial/household Finance,    Po Box 1547,    Chesapeake, VA 23327-1547
                                                                                       TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: acox              Page 2 of 2            Date Rcvd: Feb 25, 2014
                              Form ID: pdf006         Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2014 at the address(es) listed below:

```
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          David   Brown, ESQ    on behalf of Plaintiff Brenda Porter Helms dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          David   Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          Jennifer A Trofa    on behalf of Debtor David L Johnson NDILnotices@legalhelpers.com,
           CourtNotice@legalhelpers.com
          Michael   Bane    on behalf of Debtor David L Johnson michael@lifetimedebtsolutions.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long   on behalf of Creditor   Wells Fargo Auto Finance, Inc. Courts@tmlong.com
                                                                                             TOTAL: 7
```