UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
JOHNSON, DAVID L                    §    Case No. 07-17200
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4) This case was originally filed under chapter on . The case was pending for months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Johnson |  |  |  |
| Lorrie Johnson |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wffinnance |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM P.C. | | | | | |
| THE HELMS LAW FIRM P.C. | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| AUTHORITY, TAXING | | | | | |
| LEGAL, GULL | | | | | |
| THE TITLE COMPANY | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CLER, UNITED STATES BANKRUPTCY COUR | | | | | |
| EX, FED | | | | | |
| SPRINGER BROWN COVEY GAERTNER & DAV | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANKER, COLDWELL | | | | | |
| REALTY, GREN GATE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank | | | | | |
| | Citibank | | | | | |
| | Citibank USA | | | | | |
| | Conseco | | | | | |
| | First Premier Bank | | | | | |
| | HSBC/Bstby | | | | | |
| | HSBC/Handy | | | | | |
| | HSBC/Mnds | | | | | |
| | Lowes/Mbga | | | | | |
| | Ntb/cbsd | | | | | |
| | Salute/Utb | | | | | |
| | Sears/Cbsd | | | | | |
| | Service Merchandise | | | | | |
| | Sst/Columbus Bank and Trust | | | | | |
| | WF Fin Bank | | | | | |
| | Wf Fin Bank | | | | | |
| | Wffinancial | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL RECOVERY ONE | | | | | |
| 000002 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000005 | HOUSEHOLD FINANCE CORPORATION BENEF | | | | | |
| 000006 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000007 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000003 | PERSONAL FINANCE CO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-17200 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JOHNSON, DAVID L | | Date Filed (f) or Converted (c): | 09/21/07 (f) |
| | | | 341(a) Meeting Date: | 10/30/07 |
| For Period Ending: | 05/31/14 | | Claims Bar Date: | 04/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT CRAWFORD COUNTY, WISCONSIN. | 54,000.00 | 40,000.00 | | 45,000.00 | FA |
| 2. CHECKING ACCOUNT WITH TCF. | 3.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. SAVINGS ACCOUNT WITH TCF. | 15.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. MISCELLANEOUS USED HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. DIECAST COLLECTIBLE CARS & CDS. | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. USED PERSONAL CLOTHING. | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. MISCELLANEOUS JEWELRY. | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. LOCAL UNION - TERM LIFE INSURANCE - NO CASH SURREN | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. IRA THROUGH THE UNION. | 36,102.91 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 1999 FORD F 350, 220,000 MILES | 2,510.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 01 INFINITY I 30, 90,000 MILES | 6,325.00 | 0.00 | | 0.00 | FA |
| 12. 12 FOOT ROW BOAT | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 19.31 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $101,155.91 | $40,000.00 | | $45,019.31 | $0.00 |

LFORM1  
UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.05d

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 07-17200 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JOHNSON, DAVID L | | Date Filed (f) or Converted (c): | 09/21/07 (f) |
| | | | 341(a) Meeting Date: | 10/30/07 |
| | | | Claims Bar Date: | 04/15/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09   Current Projected Date of Final Report (TFR): 11/30/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.05d

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17200 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, DAVID L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1145 Checking - Non Interest |
| Taxpayer ID No: | *******3351 | | |
| For Period Ending: | 05/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 20,070.52 | | 20,070.52 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 17.96 | 20,052.56 |
| 08/14/13 | 010002 | David Johnson | debtor's exemption | 8100-000 | | 5,000.00 | 15,052.56 |
| 03/28/14 | 010003 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 2,733.73 | 12,318.83 |
| 03/28/14 | 010004 | The Helms Law Firm P.C. | Chapter 7 Expenses | 2200-000 | | 14.70 | 12,304.13 |
| 03/28/14 | 010005 | Springer Brown Covey Gaertner & Davis | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,695.00 | 9,609.13 |
| 03/28/14 | 010006 | Cler, United States Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 9,359.13 |
| 03/28/14 | 010007 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000001, Payment 37.10630% | 7100-000 | | 944.27 | 8,414.86 |
| 03/28/14 | 010008 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000002, Payment 37.10642% | 7100-000 | | 1,296.12 | 7,118.74 |
| 03/28/14 | 010009 | Personal Finance Co<br>17507 South Kedzie<br>Hazel Crest, IL 60429 | Claim 000003, Payment 37.10651% | 7100-000 | | 902.10 | 6,216.64 |
| 03/28/14 | 010010 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 37.10687% | 7100-000 | | 305.82 | 5,910.82 |
| 03/28/14 | 010011 | Household Finance Corporation Beneficial<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000005, Payment 37.10639% | 7100-000 | | 5,044.35 | 866.47 |
| 03/28/14 | 010012 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services | Claim 000006, Payment 37.10641% | 7100-000 | | 565.42 | 301.05 |

Page Subtotals          20,070.52      19,769.47

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17200 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | JOHNSON, DAVID L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1145 Checking - Non Interest |
| Taxpayer ID No: | *******3351 | | |
| For Period Ending: | 05/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/28/14 | 010013 | PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 37.10665% | 7100-000 | | 301.05 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 20,070.52 | 20,070.52 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 20,070.52 | 0.00 | |
| | | Subtotal | | 0.00 | 20,070.52 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 5,000.00 | |
| | | Net | | 0.00 | 15,070.52 | |

Page Subtotals     0.00     301.05

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17200 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, DAVID L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7679 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3351 | | |
| For Period Ending: | 05/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/16/08 | 1 | The Title Company Inc.<br>1304 S. Marquette Rd<br>Prairie du Chien WI 53821 | proceeds of sale of Crawford Cty la | | 40,381.00 | | 40,381.00 |
| | | | Memo Amount: 45,000.00<br>The Title Company | 1110-000 | | | |
| | | REALTY, GREN GATE | Memo Amount: ( 1,890.00 )<br>Real estate commission | 3510-000 | | | |
| | | BANKER, COLDWELL | Memo Amount: ( 1,260.00 )<br>real estate commission | 3510-000 | | | |
| | | AUTHORITY, TAXING | Memo Amount: ( 804.75 )<br>City town Taxes | 2500-000 | | | |
| | | LEGAL, GULL | Memo Amount: ( 75.00 )<br>document preparation | 2500-000 | | | |
| | | THE TITLE COMPANY | Memo Amount: ( 589.25 )<br>misc. closing costs | 2500-000 | | | |
| 10/27/08 | 000101 | Fed Ex | send closing docs to Title Co in WI | 2990-000 | | 19.56 | 40,361.44 |
| 10/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.32 | | 40,362.76 |
| 11/04/08 | 000102 | Lorrie Johnson | Half of net proceeds of house sale | 8500-002 | | 20,180.72 | 20,182.04 |
| 11/28/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.15 | | 20,184.19 |
| 12/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.02 | | 20,185.21 |
| 01/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,185.38 |
| 02/06/09 | 000103 | International Sureties Ltd | trustee bond | 2300-000 | | 21.83 | 20,163.55 |
| 02/27/09 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 20,163.70 |
| 03/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,163.88 |
| 04/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 20,164.32 |
| 05/29/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,164.83 |
| 06/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,165.33 |
| 07/31/09 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 20,165.84 |

Page Subtotals    40,387.95    20,222.11

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-17200 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JOHNSON, DAVID L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7679 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3351 | | | |
| For Period Ending: | 05/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,166.35 |
| 09/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,166.85 |
| 10/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,167.36 |
| 11/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,167.86 |
| 12/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,168.37 |
| 01/29/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,168.88 |
| 02/26/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 20,169.34 |
| 03/06/10 | 000104 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | 2300-000 | | 17.12 | 20,152.22 |
| 03/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,152.74 |
| 04/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,153.24 |
| 05/28/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,153.74 |
| 06/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,154.25 |
| 07/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,154.76 |
| 08/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,155.28 |
| 09/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,155.78 |
| 10/29/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,156.29 |
| 11/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.50 | | 20,156.79 |
| 12/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,157.30 |
| 01/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.51 | | 20,157.81 |
| 02/19/11 | 000105 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 15.33 | 20,142.48 |
| 02/28/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 20,142.63 |
| 03/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,142.80 |
| 04/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,142.96 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,143.14 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,143.31 |

Page Subtotals 9.92 32.45

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17200 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JOHNSON, DAVID L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7679 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3351 | | | |
| For Period Ending: | 05/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,143.48 |
| 08/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,143.65 |
| 09/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,143.82 |
| 10/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,143.99 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.66 | 20,118.33 |
| 11/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,118.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.80 | 20,093.70 |
| 12/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,093.87 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.77 | 20,069.10 |
| 01/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,069.28 |
| 02/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,069.44 |
| 03/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,069.60 |
| 04/30/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,069.77 |
| 05/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,069.94 |
| 06/29/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,070.10 |
| 07/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,070.28 |
| 08/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,070.45 |
| 09/14/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 20,070.52 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,070.52 | 0.00 |

Page Subtotals 2.44 20,145.75

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-17200 -CAS |
| Case Name: | JOHNSON, DAVID L |
| Taxpayer ID No: | *******3351 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7679 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 45,000.00 | COLUMN TOTALS | 40,400.31 | 40,400.31 | 0.00 |
| Memo Allocation Disbursements: | 4,619.00 | Less:  Bank Transfers/CD's | 0.00 | 20,070.52 | |
| | | Subtotal | 40,400.31 | 20,329.79 | |
| Memo Allocation Net: | 40,381.00 | Less:  Payments to Debtors | | 20,180.72 | |
| | | Net | 40,400.31 | 149.07 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 45,000.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 4,619.00 | Checking - Non Interest - ********1145 | | 0.00 | 15,070.52 | 0.00 |
| | | Money Market - Interest Bearing - ********7679 | | 40,400.31 | 149.07 | 0.00 |
| Total Memo Allocation Net: | 40,381.00 | | | 40,400.31 | 15,219.59 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 05/31/14

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    0.00    0.00

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)